**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**5:26-BK-72264**
**CHAPTER 11(V)**

**IN RE:** BTW SOLUTIONS, LLC, DEBTOR IN POSSESSION

## AFFIDAVIT REGARDING §1116 DOCUMENTS

I, David Fisher, Chief Legal Officer of the Debtor, do on my oath swear or affirm that the Debtor does not, in the ordinary course of its business record keeping, prepare or maintain Statements of Operation. The Debtor does produce Balance Sheets, and Income Statements, and the most recent such are attached to this Affidavit. The Debtor's 2025 income tax return is attached to this Affidavit.

By: /s/ David Fisher
Chief Legal Officer

Date: 17th November 20262026

**DEBTOR'S COUNSEL:**

Stanley V Bond
Kathryn Worlow
PO Box 1893
Fayetteville, AR 72702
(V)479-444-0255
(F)479-235-2827
Email: attybond@me.com

10:04 AM
07/13/26
Accrual Basis

# BTW Solutions, LLC
## Balance Sheet
As of June 30, 2026

| | Jun 30, 26 |
|---|---|
| ASSETS | |
| Current Assets | |
| Checking/Savings | |
| 1050 · First Security Bank 7535 | 656.05 |
| 1060 · Legacy National Bank 2392 | 66,677.27 |
| 1081 · First National Bank 8523 | 6,000.00 |
| 1100 · First Security MM 1730 | 3,007.73 |
| Total Checking/Savings | 76,341.05 |
| Accounts Receivable | |
| 1200 · A/R - Product Sales | 90,614.55 |
| 1201 · A/R - Billing Fees | 81,677.73 |
| Total Accounts Receivable | 172,292.28 |
| Other Current Assets | |
| 1260 · Employee Advances | 33,526.35 |
| 1290 · A/R - Other | 49,057.20 |
| 1300 · Inventory | 94,162.13 |
| Total Other Current Assets | 176,745.68 |
| Total Current Assets | 425,379.01 |
| Fixed Assets | |
| 1500 · Leasehold Improvements | 7,695.00 |
| 1501 · Accum Dep - Leasehold Imprvmnts | -5,193.65 |
| 1600 · Equipment/Fixtures | 1,791.68 |
| 1601 · Accum Dep - Equipment/Fixtures | -1,791.68 |
| Total Fixed Assets | 2,501.35 |
| TOTAL ASSETS | 427,880.36 |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2010 · Accounts Payable | 59,878.56 |
| Total Accounts Payable | 59,878.56 |
| Credit Cards | |
| 2105 · American Express - 12000 | 2,802.71 |
| Total Credit Cards | 2,802.71 |
| Other Current Liabilities | |
| 2290 · A/P Other | 79,161.00 |
| 2300 · Payroll Payable | 13,943.91 |
| Total Other Current Liabilities | 93,104.91 |
| Total Current Liabilities | 155,786.18 |
| Long Term Liabilities | |
| 2720 · First National Line of Credit 4 | 165,909.29 |
| Total Long Term Liabilities | 165,909.29 |
| Total Liabilities | 321,695.47 |
| Equity | |
| 3030 · Retained Capital | 10,837.19 |
| 3210 · Equity - JDB Adventures, LLC | 71,910.57 |
| 3211 · Equity - LED & Associates, LLC | 71,904.58 |
| 3212 · Equity - Patrick Booth | 35,638.08 |
| 3220 · Equity - IntiMed Technologies | 28,885.76 |
| Net Income | -112,991.29 |
| Total Equity | 106,184.89 |
| TOTAL LIABILITIES & EQUITY | 427,880.36 |

10:05 AM
07/13/26
Accrual Basis

# BTW Solutions, LLC
# Income Statement
## June 2026

| | Jun 26 | Jan - Jun 26 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| Income | | |
| 4000 · Sales - Product | 26,126.70 | 146,710.95 |
| 4200 · Sales - Billing Fees | 82,530.88 | 540,562.71 |
| 4500 · Sales - Billing | 5,151.81 | 24,770.71 |
| 4510 · Sales - Billing Refunds/Adj | -15,832.20 | -93,161.00 |
| Total Income | 97,977.19 | 618,883.37 |
| Cost of Goods Sold | | |
| 5010 · Cost of Goods Sold | 22,831.50 | 144,880.72 |
| 5620 · Commissions-Sales Reps | 25,718.39 | 163,902.62 |
| Total COGS | 48,549.89 | 308,783.34 |
| Gross Profit | 49,427.30 | 310,100.03 |
| Expense | | |
| 6010 · Advertising | 147.37 | 2,214.50 |
| 6021 · Auto/Mileage Expenses | 60.56 | 395.54 |
| 6022 · Hotel/Lodging Expenses | 136.26 | 2,060.82 |
| 6024 · Airfare/Other Travel Expenses | 1,173.20 | 4,469.20 |
| 6030 · Meals | 233.68 | 2,016.17 |
| 6040 · Business Gifts | 0.00 | 42.55 |
| 6100 · Building Rent | 5,000.00 | 30,000.00 |
| 6105 · Rent Expense - Other | 0.00 | 50.00 |
| 6110 · Equipment Leases | 314.99 | 1,886.96 |
| 6120 · Repairs & Maintenance | 731.48 | 3,888.40 |
| 6130 · Property Taxes | 0.00 | 1,631.86 |
| 6181 · Insurance - Property/Liability | 0.00 | 536.00 |
| 6182 · Insurance - Employee Health | 6,303.22 | 40,651.80 |
| 6186 · Insurance - Workers' Comp | 44.82 | 271.73 |
| 6210 · Legal & Professional Fees | 4,782.00 | 9,454.56 |
| 6220 · Office Supplies | 224.97 | 1,755.09 |
| 6230 · Licenses & Permits | 0.00 | 1,005.00 |
| 6260 · Shipping & Handling / Postage | 1,010.79 | 7,306.96 |
| 6280 · Shipping Supplies | 41.96 | 305.03 |
| 6290 · Bank/Credit Card Fees | 2,088.96 | 12,022.10 |
| 6320 · Payroll/Salary Expenses | 39,769.00 | 231,358.35 |
| 6330 · Contract Labor | 0.00 | 100.00 |
| 6350 · Payroll Tax Expense | 3,173.12 | 19,262.15 |
| 6360 · Employee & Payroll Expenses | 1,677.94 | 11,133.24 |
| 6390 · Retirement Contributions | 889.20 | 5,129.85 |
| 6410 · Telephone/Internet Expense | 749.98 | 5,082.21 |
| 6420 · Utilities | 300.25 | 2,563.85 |
| 6480 · Computer Software | 683.87 | 5,310.82 |
| 6490 · Brightree Billing Software | 1,641.60 | 9,849.60 |
| 6550 · Taxes & Fees | 0.00 | 953.00 |
| 6660 · Bank Service Charges | 15.30 | 151.35 |
| Total Expense | 71,194.52 | 412,858.69 |
| Net Ordinary Income | -21,767.22 | -102,758.66 |
| **Other Income/Expense** | | |
| Other Income | | |
| 8010 · Interest Earned | 79.02 | 546.14 |
| 8080 · Early Payment Discounts Used | 0.00 | 566.21 |
| Total Other Income | 79.02 | 1,112.35 |
| Other Expense | | |
| 8150 · Depreciation Expense | 79.06 | 476.99 |
| 8200 · Interest Expense | 1,016.00 | 6,396.59 |
| 8380 · Customer Early Paymnt Discounts | 865.20 | 4,471.40 |
| Total Other Expense | 1,960.26 | 11,344.98 |
| Net Other Income | -1,881.24 | -10,232.63 |
| **Net Income** | **-23,648.46** | **-112,991.29** |

10:05 AM
07/13/26
Accrual Basis

# BTW Solutions, LLC
## Income Statement (By Month)
### January through June 2026

| | Jan 26 | Feb 26 | Mar 26 | Apr 26 | May 26 | Jun 26 | TOTAL |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| Income | | | | | | | |
| 4000 · Sales - Product | 28,825 | 18,109 | 23,611 | 25,507 | 24,533 | 26,127 | 146,711 |
| 4200 · Sales - Billing Fees | 83,709 | 113,202 | 103,048 | 84,667 | 73,405 | 82,531 | 540,563 |
| 4500 · Sales - Billing | 2,383 | 2,480 | 1,976 | 4,892 | 7,888 | 5,152 | 24,771 |
| 4510 · Sales - Billing Refunds/Adj | -14,000 | -15,832 | -15,832 | -15,832 | -15,832 | -15,832 | -93,161 |
| Total Income | 100,917 | 117,959 | 112,803 | 99,233 | 89,994 | 97,977 | 618,883 |
| Cost of Goods Sold | | | | | | | |
| 5010 · Cost of Goods Sold | 44,138 | 13,583 | 18,791 | 22,343 | 23,194 | 22,832 | 144,881 |
| 5620 · Commissions-Sales Reps | 25,075 | 33,586 | 30,520 | 25,814 | 23,189 | 25,718 | 163,903 |
| Total COGS | 69,213 | 47,169 | 49,311 | 48,157 | 46,383 | 48,550 | 308,783 |
| Gross Profit | 31,704 | 70,790 | 63,492 | 51,076 | 43,610 | 49,427 | 310,100 |
| Expense | | | | | | | |
| 6010 · Advertising | 542 | 625 | 206 | 315 | 379 | 147 | 2,215 |
| 6021 · Auto/Mileage Expenses | 70 | 59 | 64 | 76 | 66 | 61 | 396 |
| 6022 · Hotel/Lodging Expenses | 0 | 0 | 702 | 1,223 | 0 | 136 | 2,061 |
| 6024 · Airfare/Other Travel Expenses | 0 | 611 | 164 | 2,521 | 0 | 1,173 | 4,469 |
| 6030 · Meals | 35 | 0 | 533 | 1,066 | 149 | 234 | 2,016 |
| 6040 · Business Gifts | 0 | 0 | 0 | 43 | 0 | 0 | 43 |
| 6100 · Building Rent | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 30,000 |
| 6105 · Rent Expense - Other | 0 | 0 | 0 | 50 | 0 | 0 | 50 |
| 6110 · Equipment Leases | 312 | 315 | 315 | 315 | 315 | 315 | 1,887 |
| 6120 · Repairs & Maintenance | 507 | 574 | 544 | 988 | 544 | 731 | 3,888 |
| 6130 · Property Taxes | 0 | 0 | 1,632 | 0 | 0 | 0 | 1,632 |
| 6181 · Insurance - Property/Liability | 0 | 536 | 0 | 0 | 0 | 0 | 536 |
| 6182 · Insurance - Employee Health | 6,460 | 5,400 | 14,443 | 4,186 | 3,859 | 6,303 | 40,652 |
| 6186 · Insurance - Workers' Comp | 28 | 45 | 45 | 44 | 65 | 45 | 272 |
| 6210 · Legal & Professional Fees | 0 | 4,544 | 0 | 0 | 129 | 4,782 | 9,455 |
| 6220 · Office Supplies | 464 | 379 | 229 | 219 | 240 | 225 | 1,755 |
| 6230 · Licenses & Permits | 235 | 0 | 300 | 280 | 190 | 0 | 1,005 |
| 6260 · Shipping & Handling / Postage | 1,802 | 1,034 | 1,008 | 1,606 | 846 | 1,011 | 7,307 |
| 6280 · Shipping Supplies | 128 | 0 | 50 | 85 | 0 | 42 | 305 |
| 6290 · Bank/Credit Card Fees | 1,860 | 2,167 | 2,012 | 1,982 | 1,912 | 2,089 | 12,022 |
| 6320 · Payroll/Salary Expenses | 40,506 | 36,566 | 39,349 | 38,607 | 36,561 | 39,769 | 231,358 |
| 6330 · Contract Labor | 100 | 0 | 0 | 0 | 0 | 0 | 100 |
| 6350 · Payroll Tax Expense | 3,631 | 3,131 | 3,237 | 3,154 | 2,934 | 3,173 | 19,262 |
| 6360 · Employee & Payroll Expenses | 1,768 | 1,754 | 1,758 | 1,734 | 2,440 | 1,678 | 11,133 |
| 6390 · Retirement Contributions | 911 | 813 | 876 | 848 | 793 | 889 | 5,130 |
| 6410 · Telephone/Internet Expense | 754 | 754 | 754 | 1,321 | 750 | 750 | 5,082 |
| 6420 · Utilities | 604 | 516 | 403 | 460 | 281 | 300 | 2,564 |
| 6480 · Computer Software | 544 | 550 | 2,420 | 549 | 564 | 684 | 5,311 |
| 6490 · Brightree Billing Software | 1,642 | 1,642 | 1,642 | 1,642 | 1,642 | 1,642 | 9,850 |
| 6550 · Taxes & Fees | 0 | 0 | 953 | 0 | 0 | 0 | 953 |
| 6660 · Bank Service Charges | 15 | 15 | 15 | 15 | 75 | 15 | 151 |
| Total Expense | 67,916 | 67,029 | 78,654 | 68,331 | 59,735 | 71,195 | 412,859 |
| Net Ordinary Income | -36,212 | 3,761 | -15,162 | -17,254 | -16,124 | -21,767 | -102,759 |
| **Other Income/Expense** | | | | | | | |
| Other Income | | | | | | | |
| 8010 · Interest Earned | 98 | 85 | 82 | 82 | 120 | 79 | 546 |
| 8080 · Early Payment Discounts Used | 0 | 0 | 424 | 143 | 0 | 0 | 566 |
| Total Other Income | 98 | 85 | 506 | 224 | 120 | 79 | 1,112 |
| Other Expense | | | | | | | |
| 8150 · Depreciation Expense | 82 | 74 | 82 | 79 | 82 | 79 | 477 |
| 8200 · Interest Expense | 1,162 | 1,134 | 998 | 1,075 | 1,012 | 1,016 | 6,397 |
| 8380 · Customer Early Paymnt Discounts | 330 | 940 | 659 | 853 | 824 | 865 | 4,471 |
| Total Other Expense | 1,574 | 2,148 | 1,739 | 2,007 | 1,918 | 1,960 | 11,345 |
| Net Other Income | -1,475 | -2,063 | -1,233 | -1,783 | -1,798 | -1,881 | -10,233 |
| **Net Income** | -37,687 | 1,699 | -16,395 | -19,037 | -17,922 | -23,648 | -112,991 |